# EXHIBIT 3

**WOOD GROUP PRODUCTION AND CONSULTING SERVICES, INC.**

065393

| INVOICE NO. | REFERENCE | AMOUNT | DISCOUNT | NET AMT. |
|---|---|---|---|---|
| 031816MUR | 3/14-3/18/16 | 3,964.40 | 0.00 | 3,964.40 |

3/24/2016
DATE

065393
CHECK NUMBER

3,964.40
CHECK AMOUNT

MICHAEL KIBODEAUX

9302